1  ROBERT T. SULLWOLD (SBN 88139)
   JAMES A. HUGHES (SBN 88380)
2  SULLWOLD & HUGHES
   235 Montgomery Street, Suite 730
3  San Francisco, CA  94104
   (415) 263-1850
4  (415) 989-9798 FAX

5  Attorneys for Plaintiff
   salesforce.com, inc.

6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  SALESFORCE.COM, INC., a Delaware Corporation, | Case No.: |
| 13 | RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF SALESFORCE.COM, INC. |
| 14               Plaintiff, | |
| 15        v. | |
| 16  THE COMPUTER MERCHANT, LTD, a Massachusetts Corporation, | |
| 17               Defendant. | |

18

19        Pursuant to Federal Rule of Civil Procedure 7.1(a), salesforce.com, inc. states that it has

20  no parent corporation and that no publicly held corporation owns 10 percent or more of its stock.

21  DATED:  July 10, 2007                    ROBERT T. SULLWOLD
                                            JAMES A. HUGHES
22                                          SULLWOLD & HUGHES

23
                                     By: _____/S/_____
24                                          JAMES A. HUGHES
                                               Attorneys for
25                                    PLAINTIFF SALESFORCE.COM, INC.

26

27

28
                                            1

RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFF SALESFORCE.COM, INC.