Robert T. Sullwold (State Bar No. 88139)
James A. Hughes (State Bar No. 88380)
**Sullwold & Hughes**
235 Montgomery St., #730
San Francisco, CA 94104
Telephone: (415) 263-1850
Facsimile: (415) 989-9798

Attorneys for Plaintiff
SALESFORCE.COM, INC.

Ray E. Gallo (State Bar No. 158903)
Hilari H. Hanamaikai (State Bar No. 166483)
**Gallo & Associates**
5757 W. Century Blvd., 7th Floor
Los Angeles, CA 90045
Telephone: (310) 338-1114
Facsimile: (310) 338-1199

Attorneys for Defendant,
THE COMPUTER MERCHANT, LTD.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SALESFORCE.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THE COMPUTER MERCHANT, LTD., a Massachusetts corporation,<br><br>Defendant. | Case No.: LC 07-3556<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

Pursuant to the applicable rules of this Court, Plaintiff Salesforce.com, Inc. and Defendant The Computer Merchant, Ltd. hereby stipulate as follows:

1   Defendant shall have up to and including August 14, 2007, to respond to Plaintiff's
2   complaint in this action.
3
4                                           SULLWOLD & HUGHES
5   Dated: July 31, 2007          By:  /s/
6                                       Robert T. Sullwold
7                                       James A. Hughes
                                        Attorneys for Plaintiff,
8                                       SALESFORCE.COM, INC.
9
10
                                            GALLO & ASSOCIATES
11
12  Dated: July 30, 2007          By:  /s/
13                                      Ray E. Gallo
                                        Hilari Hanamaikai
14                                      Attorneys for Defendant,
                                        THE COMPUTER MERCHANT, LTD.
15

Gallo & Associates
5757 W. Century Blvd., Suite 700
Los Angeles, CA 90045
(310) 338-1114

**PROOF OF SERVICE**

STATE OF CALIFORNIA      )
                         )ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 5757 West Century Boulevard, 7th Floor, Los Angeles, California 90045.

On July 31, 2007, I served the foregoing document described as **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Robert T. Sullwold
James A. Hughes
**Sullwold & Hughes**
235 Montgomery St., #730
San Francisco, CA 94104

_X_ **By Mail:** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ **By Federal Express-Overnight:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

___ **By Fax:** I served a true copy of the document(s) described on all parties to this action by fax transmission, and the transmission was reported as complete and without error. Fax transmissions were sent and addressed as stated above.

___ **By Personal Service:** I caused such envelope to be delivered by hand to the offices of the addressees.

I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on July 31, 2007, at Los Angeles, California.

Jinx J. Clark