# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SALESFORCE.COM, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV-03556-WHA

V.

THE COMPUTER MERCHANT, LTD.

---

AND RELATED COUNTERCLAIMS.

BY FAX

TO: (Name and address of defendant)
Astadia Consulting, LLC
16415 Addison Road
Suite 225
Addison, Texas 75001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ray E. Gallo
Gallo & Associates
5757 W. Century Blvd., 7th Flr.
Los Angeles, CA  90045

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AUG 1 6 2007
DATE

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK    SUSAN IMBRIANI

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me¹  10:50 A.M. | DATE  August 20, 2007 |
| Name of Server: (Print)  Wayne Rennke | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted:

☒ Other (specify): Delivered to Astadia Consulting, LLC, by delivering to its registered agent, Blake Wolff, 16415 Addison Road, Suite 225, ✝ Addison, TX 75001

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 20, 2007
       Date

Signature of Server
1700 Pacific Avenue, #4750
Dallas, TX 75201
Address of Server

---

¹ As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure