1  Christopher D. Sullivan (State Bar No. 148083)
   McGrane Greenfield, LLP
2  1 Ferry Bldg., #220
   San Francisco, CA 94111
3  Telephone: (415) 283-1776
4  Facsimile: (415) 283-1777

5  Attorneys for Counter-Defendant,
   ASTADIA CONSULTING, LLC
6

7  Ray E. Gallo (State Bar No. 158903)
   Hilari H. Hanamaikai (State Bar No. 166483)
8  **Gallo & Associates**
   5757 W. Century Blvd., 7th Floor
9  Los Angeles, CA 90045
10 Telephone: (310) 338-1114
   Facsimile: (310) 338-1199
11
   Attorneys for Defendant and Counterclaimant,
12 THE COMPUTER MERCHANT, LTD.

13

14                UNITED STATES DISTRICT COURT

15       NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SALESFORCE.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br>vs.<br><br>THE COMPUTER MERCHANT, LTD., a Massachusetts corporation,<br><br>Defendant. | Case No.: 07-CV-03556-WHA<br><br>**STIPULATION EXTENDING TIME TO ANSWER COUNTERCLAIMS AGAINST ASTADIA CONSULTING, LLC** |
| THE COMPUTER MERCHANT, LTD., a Massachusetts corporation,<br><br>Counterclaimant,<br>vs.<br><br>SALESFORCE.COM, INC., a Delaware corporation; ASTADIA CONSULTING, LLC, a limited liability company, state of organization unknown, and DOES 1 THROUGH 10.<br><br>Counter Defendants. | |

1  Pursuant to the applicable rules of this Court, Counterclaimant The Computer Merchant,
2  Ltd. and Counter-defendant Astadia Consulting, LLC hereby stipulate as follows:
3  Counter-defendant shall have up to and including September 24, 2007, to answer
4  Counterclaimant's counterclaims in this action.

Dated: August 31, 2007        By: *[signature]*

McGRANE GREENFIELD, LLP

Christopher D. Sullivan
Attorneys for Counter-defendant,
ASTADIA CONSULTING, LLC

Dated: August 30, 2007        By: *[signature]*

GALLO & ASSOCIATES

Ray E. Gallo
Hilari H. Hanamaikai
Attorneys for Defendant and Counterclaimant,
THE COMPUTER MERCHANT, LTD.