```
1  CHRISTOPHER D. SULLIVAN [148083]
   McGRANE GREENFIELD LLP
2  One Ferry Building, Suite 220
3  San Francisco, CA 94111
   Telephone:  (415) 283-1776
4  Facsimile:  (415) 283-1777
   Email:      csullivan@mcgranegreenfield.com
5
   Attorneys for Counter-Defendant
6  Astadia Consulting, LLC
7
8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11
```

| | |
|---|---|
| SALESFORCE.COM, INC., a Delaware corporation, | Case No. 07-CV-03556-WHA |
| Plaintiff, | DECLARATION RE ELECTRONIC CASE FILING – TECHNICAL FAILURE |
| vs. | |
| THE COMPUTER MERCHANT, LTD., a Massachusetts corporation, | [General Order No. 45, VI.E] |
| Defendant. | |
| THE COMPUTER MERCHANT, LTD., a Massachusetts corporation, | |
| Counter-Claimant, | |
| vs. | |
| SALESFORCE.COM, INC., a Delaware corporation; ASTADIA CONSULTING, LLC, a limited liability company, state of organization unknown, and DOES 1 THROUGH 10, | |
| Counter-Defendants | |

1

DECLARATION RE ELECTRONIC CASE FILING – TECHNICAL FAILURE

1  I, Christopher D. Sullivan, declare as follows:

2  1. I am an attorney licensed to practice law in the State of California and am
3  a partner in the firm of McGrane Greenfield LLP, attorneys for Counter-defendant
4  and Counterclaimant Astadia Consulting LLC ("Astadia") herein. The following
5  facts are within my personal knowledge and if called upon and sworn as a witness I
6  could testify competently thereto.

7  2. On Monday, September 24, 2007, I directed Ryan Palmer, a case clerk
8  in our law firm, to file and serve an answer and related documents on behalf of
9  Astadia, to the counterclaim of The Computer Merchant, Ltd. ("TCM"), through
10 this Court's Electronic Court Filing ("ECF") website. Mr. Palmer tried to file the
11 answer numerous times on September 24, 2007, but the web site was unable to
12 accept filings due to what I understand to be a technical failure and what was
13 subsequently identified on the Northern District of California's web site as a
14 technical failure in a public announcement. Therefore, the answer of Astadia,
15 which was due to be filed on September 24, 2007 by virtue of a stipulation filed
16 with the Court, and related documents were not required to be filed until the next
17 business day, Tuesday, September 25, 2007.

18 I declare under penalty of perjury under the laws of the State of California
19 that the foregoing is true and correct and that this declaration was executed on
20 September 25, 2007, in San Francisco, California.

21
22           /s/ Christopher D. Sullivan
             Christopher D. Sullivan
23
24
25
26

2

DECLARATION RE ELECTRONIC CASE FILING – TECHNICAL FAILURE