| | |
|---|---|
| 1 | CHRISTOPHER D. SULLIVAN [148083] |
| 2 | McGRANE GREENFIELD LLP |
|   | One Ferry Building, Suite 220 |
| 3 | San Francisco, CA 94111 |
|   | Telephone:   (415) 283-1776 |
| 4 | Facsimile:    (415) 283-1777 |
|   | Email:         csullivan@mcgranegreenfield.com |
| 5 | |
|   | Attorneys for Counter-Defendant |
| 6 | Astadia Consulting, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALESFORCE.COM, INC., a Delaware corporation, | Case No. 07-CV-03556-WHA |
| Plaintiff, | RULE 7.1 DISCLOSURE STATEMENT OF ASTADIA CONSULTING, LLC |
| vs. | |
| THE COMPUTER MERCHANT, LTD., a Massachusetts corporation, | [FRCP 7.1(a)] |
| Defendant. | |
| THE COMPUTER MERCHANT, LTD., a Massachusetts corporation, | |
| Counter-Claimant, | |
| vs. | |
| SALESFORCE.COM, INC., a Delaware corporation; ASTADIA CONSULTING, LLC, a limited liability company, state of organization unknown, and DOES 1 THROUGH 10, | |
| Counter-Defendants | |

1  Pursuant to Federal Rule of Civil Procedure 7.1(a), Astadia Consulting,
2  LLC states that it has no parent corporation and that no publicly held corporation
3  owns 10% or more of its stock.

4  Dated: September 24, 2007     McGRANE GREENFIELD LLP

                                  By: /s/ Christopher D. Sullivan
                                      CHRISTOPHER D. SULLIVAN
                                      Attorneys for Counter-Defendant
                                      Astadia Consulting LLC