Ray E. Gallo (State Bar No. 158903)
Hilari H. Hanamaikai (State Bar No. 166483)
**Gallo & Associates**
5757 W. Century Blvd., 7th Floor
Los Angeles, CA 90045
Telephone: (310) 338-1114
Facsimile: (310) 338-1199

Attorneys for Defendant and Counterclaimant,
THE COMPUTER MERCHANT, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALESFORCE.COM, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>THE COMPUTER MERCHANT, LTD., a Massachusetts corporation,<br><br>　　　　　　　　Defendant.<br>─────────────────────────<br>THE COMPUTER MERCHANT, LTD., a Massachusetts corporation,<br><br>　　　　　　　　Counterclaimant,<br>vs.<br><br>SALESFORCE.COM, INC., a Delaware corporation; ASTADIA CONSULTING, LLC, a limited liability company, state of organization unknown, and DOES 1 THROUGH 10.<br><br>　　　　　　　　Counter Defendants. | Case No.: 07-CV-03556-WHA<br><br>[Hon. William Alsup, Ctrm. 9]<br><br>**THE COMPUTER MERCHANT, LTD.'S DEMAND FOR JURY TRIAL** |

1  The Computer Merchant, Ltd. respectfully demands a jury trial of all issues so triable.

2

3                                                        GALLO & ASSOCIATES

4

Dated: September 25, 2007            By: _____
5                                                        Ray E. Gallo
6                                                        Hilari H. Hanamaikai
                                                         Attorneys for Defendant and Counterclaimant,
7                                                        THE COMPUTER MERCHANT, LTD.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gallo & Associates
5757 W. Century Blvd., Suite 700
Los Angeles, CA 90045
(310) 338-1114

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                    )ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 5757 West Century Boulevard, 7th Floor, Los Angeles, California 90045.

On September 25, 2007, I served the foregoing document described as **THE COMPUTER MERCHANT, LTD.'S DEMAND FOR JURY TRIAL** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Robert T. Sullwold                    Christopher D. Sullivan
James A. Hughes                       McGrane Greenfield, LLP
Sullwold & Hughes                     1 Ferry Bldg., #220
235 Montgomery St., #730              San Francisco, CA 94111
San Francisco, CA 94104

_X_  By Mail: I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___  By Federal Express-Overnight: I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

___  By Fax: I served a true copy of the document(s) described on all parties to this action by fax transmission, and the transmission was reported as complete and without error. Fax transmissions were sent and addressed as stated above.

___  By Personal Service: I caused such envelope to be delivered by hand to the offices of the addressees.

I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on September 25, 2007, at Los Angeles, California.

Jinx J. Clark

Gallo & Associates
5757 W. Century Blvd., Suite 700
Los Angeles, CA 90045
(310) 338-1114