UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SALESFORCE.COM, INC.

           Plaintiff(s),

v.

THE COMPUTER MERCHANT, LTD.

           Defendant(s).
_____/

Case No. 07-CV-03556-WHA

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/24/07

Dated: 9/26/07

The Computer Merchant, Ltd.
By: _____
[Party] Jay L. Powell

Gallo & Associates
By: _____
[Counsel] Ray E. Gallo

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05