Ray E. Gallo (State Bar No. 158903)
Hilari H. Hanamaikai (State Bar No. 166483)
**Gallo & Associates**
5757 W. Century Blvd., 7th Floor
Los Angeles, CA 90045
Telephone: (310) 338-1114
Facsimile: (310) 338-1199

Attorneys for Defendant and Counterclaimant,
THE COMPUTER MERCHANT, LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SALESFORCE.COM, INC., a Delaware corporation,<br><br>        Plaintiff,<br>vs.<br><br>THE COMPUTER MERCHANT, LTD., a Massachusetts corporation,<br><br>        Defendant. | Case No.: 07-CV-03556-WHA<br><br>[Hon. William Alsup, Ctrm. 9]<br><br>**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** |
| THE COMPUTER MERCHANT, LTD., a Massachusetts corporation,<br><br>        Counterclaimant,<br>vs.<br><br>SALESFORCE.COM, INC., a Delaware corporation; ASTADIA CONSULTING, LLC, a limited liability company, state of organization unknown, and DOES 1 THROUGH 10.<br><br>        Counter Defendants. | |
| ASTADIA CONSULTING, LLC,<br><br>        Counterclaimant,<br><br>vs.<br>THE COMPUTER MERCHANT, LTD.,<br><br>        Counter Defendant. | |

Gallo & Associates
5757 W Century Blvd., Suite 700
Los Angeles, CA 90045
(310) 338-1114

1

DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date TCML is 100%
2  owned by the TCML business trust under which John Danieli, and/or members of his immediate
3  family, and/or one or more trusts under which Danieli or members of his immediate family are the
4  sole beneficiaries, hold 100% of the beneficial interests.
5  TCML's reading of this rule and understanding of standard practice in the District suggest
6  this is a sufficient level of disclosure.  However, TCML acknowledges that this rule might be
7  construed to require that TCML identify every officer, director, employee, creditor, and customer of
8  TCML.  TCML will be pleased to make such other and further disclosures, if any, as the Court may
9  deem appropriate.
10
11                                              GALLO & ASSOCIATES
12
13  Dated: September 26, 2007       By: _____
14                                              Ray E. Gallo
                                                Hilari H. Hanamaikai
15                                              Attorneys for Defendant and Counterclaimant,
                                                THE COMPUTER MERCHANT, LTD.
16
17
18
19
20
21
22
23
24
25
26
27
28

Gallo & Associates
5757 W. Century Blvd., Suite 700
Los Angeles, CA 90045
(310) 338-1114

# PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       )ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 5757 West Century Boulevard, 7th Floor, Los Angeles, California 90045.

On September 26, 2007, I served the foregoing document described as **DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Robert T. Sullwold                   Christopher D. Sullivan
James A. Hughes                      McGrane Greenfield, LLP
Sullwold & Hughes                    1 Ferry Bldg., #220
235 Montgomery St., #730             San Francisco, CA 94111
San Francisco, CA 94104

_X_  **By Mail:** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ **By Federal Express-Overnight:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

___ **By Fax:** I served a true copy of the document(s) described on all parties to this action by fax transmission, and the transmission was reported as complete and without error. Fax transmissions were sent and addressed as stated above.

___ **By Personal Service:** I caused such envelope to be delivered by hand to the offices of the addressees.

I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on September 26, 2007, at Los Angeles, California.

Jink J. Clark

Gallo & Associates
5757 W. Century Blvd., Suite 700
Los Angeles, CA 90045
(310) 338-1114