ROBERT T. SULLWOLD (SBN 88139)
JAMES A. HUGHES (SBN 88380)
SULLWOLD & HUGHES
235 Montgomery Street, Suite 730
San Francisco, CA 94104
(415) 263-1850
(415) 989-9798 FAX

Attorneys for Plaintiff
salesforce.com, inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALESFORCE.COM, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE COMPUTER MERCHANT, LTD, a Massachusetts Corporation,<br><br>Defendant. | Case No.:  C 07 3556 WHA<br><br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |
| AND RELATED COUNTERCLAIMS | |

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov;

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

1

1        (3) Considered whether this case might benefit from any of the available dispute
2  resolution options.

3  DATED:  September 27, 2007          salesforce.com, inc.

By: _____
SAMUEL J. FLEISCHMANN

8  DATED:  September 27, 2007          ROBERT T. SULLWOLD
JAMES A. HUGHES
SULLWOLD & HUGHES

By: _____
JAMES A. HUGHES
Attorneys for
PLAINTIFF SALESFORCE.COM, INC.