1  ROBERT T. SULLWOLD (SBN 88139)
   JAMES A. HUGHES (SBN 88380)
2  SULLWOLD & HUGHES
   235 Montgomery Street, Suite 730
3  San Francisco, CA 94104
   (415) 263-1850
4  (415) 989-9798 FAX

5  Attorneys for Plaintiff
   salesforce.com, inc.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 | SALESFORCE.COM, INC., a Delaware Corporation, | Case No.: C 07 3556 WHA |
13 | | |
14 | Plaintiff, | |
15 | | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
16 | v. | |
17 | THE COMPUTER MERCHANT, LTD, a Massachusetts Corporation, | |
18 | | |
19 | Defendant. | |
20 | | |
21 | AND RELATED COUNTERCLAIMS | |

22

23        Counsel report that they have met and conferred regarding ADR and have reached the
24 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
25        The parties agree to participate in the following ADR process: Mediation (ADR L.R. 6).
26 The parties have not yet determined whether to employ a mediator from the Court's panel or to engage a
27 private mediation provider.
28 ///

1

1  The parties agree to hold the ADR session by: January 25, 2008. (This proposed date is
2  120 days after the date of the stipulation. The parties have agreed to this date because the presumptive
3  deadline of 90 days from the date of the referring order, or approximately December 31, 2007, could
4  present problems due to end-of-year holidays and the parties' belief that certain discovery will be
5  necessary before any ADR process could be productive.)

6  
7  DATED: September 27, 2007                SULLWOLD & HUGHES
8  
9                                           By: _____
10                                                JAMES A. HUGHES
                                                  Attorneys for Plaintiff
11                                                SALESFORCE.COM, INC.

12  DATED: September ____, 2007             McGRANE GREENFIELD LLP
13  
14                                           By: _____
                                                  CHRISTOPHER D. SULLIVAN
15                                                Attorneys for Counter-Defendant and
                                                  Counterclaimant
16                                                ASTADIA CONSULTING, LLC

17  DATED: September 26, 2007               GALLO & ASSOCIATES
18  
19                                           By: _____
20                                                RAY E. GALLO
                                                  Attorneys for Defendant
21                                                and Counterclaimant
                                                  THE COMPUTER MERCHANT, LTD.

The parties agree to hold the ADR session by: January 25, 2008. (This proposed date is 120 days after the date of the stipulation. The parties have agreed to this date because the presumptive deadline of 90 days from the date of the referring order, or approximately December 31, 2007, could present problems due to end-of-year holidays and the parties' belief that certain discovery will be necessary before any ADR process could be productive.)

DATED: September _____, 2007        SULLWOLD & HUGHES

By: _____
JAMES A. HUGHES
Attorneys for Plaintiff
SALESFORCE.COM, INC.

DATED: September 27, 2007        McGRANE GREENFIELD LLP

By: _____
CHRISTOPHER D. SULLIVAN
Attorneys for Counter-Defendant and
Counterclaimant
ASTADIA CONSULTING, LLC

DATED: September _____, 2007        GALLO & ASSOCIATES

By: _____
RAY E. GALLO
Attorneys for Defendant
and Counterclaimant
THE COMPUTER MERCHANT, LTD.

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to: Mediation, either before a member of the Court's mediation panel or a private mediation provider.

Deadline for ADR session: January 25, 2008.

DATED: September _____, 2007

_____
UNITED STATES DISTRICT JUDGE