| | |
|---|---|
| 1 | |
| 2  DATED: October 11, 2007 | GALLO & ASSOCIATES |
| 3 | |
| 4 | By: _____/S/_____ |
| 5 | RAY E. GALLO |
|   | Attorneys for Defendant |
| 6 | and Counterclaimant |
|   | THE COMPUTER MERCHANT, LTD. |