UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 17, 2007

Case No.  C 07-03556 WHA

Title: SALESFORCE.COM v. COMPUTER MERCHANT

Plaintiff Attorneys: James Hughes

Defense Attorneys: Ray Gallo; Christopher Sullivan

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)   CMC - HELD

2)   

Complete Initial Disclosures (Rule 26): 10/22/07

Discovery Cutoff: 5/9/08

Designation of Experts: 5/9/08

Last Day to File Motion: 6/26/08

Continued to _ for Further Case Management Conference

Continued to  **9/8/08 at 2:00 pm**  for Pretrial Conference

Continued to  **9/22/08 at 7:30 am**  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.