SQUIRE, SANDERS & DEMPSEY L.L.P.

**SQUIRE SANDERS** | LEGAL COUNSEL WORLDWIDE

One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

Office: +1.415.954.0200
Fax: +1.415.393.9887

Direct Dial: +1.415.954.0249
nlane@ssd.com

January 3, 2008

**VIA ELECTRONIC AND REGULAR MAIL**

James A. Hughes, Esq.
Robert Todd Sullwold
Sullwold & Hughes
235 Montgomery Street, Suite 730
San Francisco, CA 94104
E-mail:   jah@greenstamps.com
                 rts@greenstamps.com

**VIA ELECTRONIC AND REGULAR MAIL**

Ray Edwin Gallo, Esq.
Gallo & Associates
5757 W. Century Boulevard, #700
Los Angeles, CA 90045
E-mail:   rgallo@gallo-law.com

**VIA ELECTRONIC AND REGULAR MAIL**

Christopher Daniel Sullivan
McShane Greenfield LLP
One Ferry Building, Suite 220
San Francisco, CA 94111
E-mail: csullivan@mcgranegreenfield.com

Re:   *Salesforce.com, Inc. v. The Computer Merchant, Ltd.*
       **United States District Court, Northern District of California, San Francisco Division**
       **Case No. C 07 3556 WHA**

Dear Counsel:

This letter will confirm that the mediation session in the above-referenced case will be held on Monday, January 14, 2008, commencing at 10:00 A.M. in our offices located at One Maritime Plaza, Third Floor, San Francisco, California. Written mediation statements conforming to ADR L.R. 6-7 will be submitted to me and served on all other parties no later than 5:00 P.M. (PDST) on January 8, 2008. Copies for me may be submitted electronically in Word or .pdf format at the e-mail address shown above. While I will accept a short, confidential statement setting forth any matters that you consider relevant but do not feel comfortable including in your mediation statement (see ADR L.R. 6-8), I would prefer that your statements be exchanged with one another to the fullest extent possible.

Finally, I confirm that I have reserved the entire day for the mediation in case this is necessary. There will be no charge for my services as a mediator.

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO | BRATISLAVA • BRUSSELS • BUDAPEST • FRANKFURT • LONDON • MOSCOW
PRAGUE • WARSAW | BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • KYIV • SANTIAGO
www.ssd.com

SQUIRE, SANDERS & DEMPSEY L.L.P.

James A. Hughes, Esq.
Robert Todd Sullwold, Esq.
Hilari Hanami Hanamaikai
Ray Edwin Gallo
Christopher Daniel Sullivan
January 3, 2008
Page 2


I look forward to meeting you personally and to doing whatever I can to facilitate a mutually satisfactory resolution of your clients' dispute. If you have any questions, please do not hesitate to contact me or my secretary, Sarah Lansang David, at (415) 954-0312.

Very truly yours,

Nathan Lane III

NL/sld
cc:    Alice M. Fiel, ADR Case Administrator
       Alice_Fiel@cand.uscourts.gov