```
                                                              FILED
                                                              JAN 17 2008

                                                              RICHARD W. WIEKING
                                                              CLERK, U.S. DISTRICT COURT
                                                              NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Salesforce.com, Inc., | No. C 07-03556 WHA MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| The Computer Merchant, Ltd., | |
| Defendant(s). | |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) 1/14/08

2. Did the case settle?   ☐ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☑ another session scheduled for (date) 2/11/08
   ☐ phone discussions expected by (date) _____
   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☐ YES   ☑ NO

Dated: 1/15/08        _____
                     **Mediator, Nathan Lane**
                     Squire Sanders & Dempsey
                     One Maritime Plaza, Suite 300
                     San Francisco, CA 94111

**Certification of ADR Session**
07-03556 WHA MED