1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

**Northern District of California**

Salesforce.com, Inc.,

        Plaintiff(s),

    v.

The Computer Merchant, Ltd.,

        Defendant(s).

No. C 07-03556 WHA MED

**Certification of ADR Session**

***Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.***

1.    I hereby certify that the parties in this matter held a  Mediation session on

    <u>February 11, 2008.</u>

2.    Did the case settle?      X fully ☐ partially    ☐ no

3.    If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

**4.**    **IS THIS ADR PROCESS COMPLETED?**    **X YES**    ☐ **NO**

Dated:    <u>February 11, 2008</u>    /s/ _____
    **Mediator**, **Nathan Lane**
    Squire, Sanders & Dempsey, L.L.P.
    One Maritime Plaza, Suite 300
    San Francisco, CA 94111

**Certification of ADR Session**
07-03556 WHA MED