1          3.  The Counterclaim filed by Astadia Consulting, LLC ("ASTADIA"), and each and

2    every claim set forth therein, shall be dismissed with prejudice.

3          4.  SFDC, TCML and ASTADIA each waive all rights to recover costs and attorneys'

4    fees from each and all of the other parties.

5

6         **SO STIPULATED**.

7    DATED:  March __13__, 2008.                                    McGRANE GREENFIELD LLP

8

9                                      By: _____

10                                        CHRISTOPHER D. SULLIVAN
                                       Attorneys for Counter-Defendant and
                                       Counterclaimant

11                                     ASTADIA CONSULTING, LLC

12

13   DATED:  March ____, 2008.                                    GALLO & ASSOCIATES

14

15                                       By: _____
                                         RAY E. GALLO

16                                       Attorneys for Defendant
                                         and Counterclaimant

17                                     THE COMPUTER MERCHANT, LTD.

18

19   DATED:  March ____, 2008.                                    SULLWOLD & HUGHES

20

21                                       By: _____

22                                       JAMES A. HUGHES
                                         Attorneys for

23                                     PLAINTIFF SALESFORCE.COM, INC.

24

25

26

27

28