3. The Counterclaim filed by Astadia Consulting, LLC ("ASTADIA"), and each and every claim set forth therein, shall be dismissed with prejudice.

4. SFDC, TCML and ASTADIA each waive all rights to recover costs and attorneys' fees from each and all of the other parties.

**SO STIPULATED.**

DATED: March ____, 2008.                McGRANE GREENFIELD LLP


                                        By: _____
                                        CHRISTOPHER D. SULLIVAN
                                        Attorneys for Counter-Defendant and
                                        Counterclaimant
                                        ASTADIA CONSULTING, LLC


DATED: March 12, 2008.                  GALLO & ASSOCIATES


                                        By: _____
                                        RAY E. GALLO
                                        Attorneys for Defendant
                                        and Counterclaimant
                                        THE COMPUTER MERCHANT, LTD.


DATED: March ____, 2008.                SULLWOLD & HUGHES


                                        By: _____
                                        JAMES A. HUGHES
                                        Attorneys for
                                        PLAINTIFF SALESFORCE.COM, INC.

2

Case No.: C 07 3556 WHA