ROBERT T. SULLWOLD (SBN 88139)
JAMES A. HUGHES (SBN 88380)
SULLWOLD & HUGHES
235 Montgomery Street, Suite 730
San Francisco, CA 94104
(415) 263-1850
(415) 989-9798 FAX

Attorneys for Plaintiff
salesforce.com, inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALESFORCE.COM, INC., a Delaware Corporation,<br><br>                Plaintiff,<br><br>    v.<br><br>THE COMPUTER MERCHANT, LTD, a Massachusetts Corporation,<br><br>                Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.:  C 07 3556 WHA<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a) |

        Pursuant to Federal Rule of Civil Procedure 41(a) and the settlement agreement entered into by the parties in this action effective February 11, 2008 the parties, by and through their respective undersigned attorneys, stipulate as follows:

        1.   The Complaint filed by salesforce.com, inc. ("SFDC"), and each and every claim set forth therein, shall be dismissed with prejudice.

        2.   The Counterclaim filed by The Computer Merchant, Ltd. ("TCML") and each and every claim set forth therein, shall be dismissed with prejudice.

///

1      3.  The Counterclaim filed by Astadia Consulting, LLC ("ASTADIA"), and each and every claim set forth therein, shall be dismissed with prejudice.

      4.  SFDC, TCML and ASTADIA each waive all rights to recover costs and attorneys' fees from each and all of the other parties.

**SO STIPULATED**.

DATED:  March 13, 2008.                                          McGRANE GREENFIELD LLP


By:  _____See Attachment 1_____
      CHRISTOPHER D. SULLIVAN
Attorneys for Counter-Defendant and
Counterclaimant
ASTADIA CONSULTING, LLC


DATED:  March 12, 2008.                                          GALLO & ASSOCIATES


By:  _____See Attachment 2_____
      RAY E. GALLO
Attorneys for Defendant
and Counterclaimant
THE COMPUTER MERCHANT, LTD.


DATED:  March 14, 2008.                                          SULLWOLD & HUGHES


By:  _____/S/_____
      JAMES A. HUGHES
Attorneys for
PLAINTIFF SALESFORCE.COM, INC.

**ORDER**

The parties to this action having so stipulated;

IT IS ORDERED:

(1) the Complaint filed by saleforce.com, inc. is hereby DISMISSED WITH PREJUDICE;

(2) the Counterclaim filed by The Computer Merchant, Ltd. is hereby DISMISSED WITH PREJUDICE;

(3) the Counterclaim filed by Astadia Consulting, LLC is hereby DISMISSED WITH PREJUDICE; and

(4) All parties to this action shall bear their own costs and attorneys' fees.

DATED: March 14, 2008.

Hon. William H. Alsup
UNITED STATES DISTRICT JUDGE

|   |   |
|---|---|
| 1 | 3. The Counterclaim filed by Astadia Consulting, LLC ("ASTADIA"), and each and |
| 2 | every claim set forth therein, shall be dismissed with prejudice. |
| 3 | 4. SFDC, TCML and ASTADIA each waive all rights to recover costs and attorneys' |
| 4 | fees from each and all of the other parties. |

**SO STIPULATED.**

DATED: March _13_, 2008.

McGRANE GREENFIELD LLP

By: _____
CHRISTOPHER D. SULLIVAN
Attorneys for Counter-Defendant and Counterclaimant
ASTADIA CONSULTING, LLC

DATED: March ____, 2008.

GALLO & ASSOCIATES

By: _____
RAY E. GALLO
Attorneys for Defendant
and Counterclaimant
THE COMPUTER MERCHANT, LTD.

DATED: March ____, 2008.

SULLWOLD & HUGHES

By: _____
JAMES A. HUGHES
Attorneys for
PLAINTIFF SALESFORCE.COM, INC.

3. The Counterclaim filed by Astadia Consulting, LLC ("ASTADIA"), and each and every claim set forth therein, shall be dismissed with prejudice.

4. SFDC, TCML and ASTADIA each waive all rights to recover costs and attorneys' fees from each and all of the other parties.

**SO STIPULATED.**

DATED: March ___, 2008.

McGRANE GREENFIELD LLP

By: _____
CHRISTOPHER D. SULLIVAN
Attorneys for Counter-Defendant and Counterclaimant
ASTADIA CONSULTING, LLC

DATED: March 12, 2008.

GALLO & ASSOCIATES

By: _____
RAY E. GALLO
Attorneys for Defendant and Counterclaimant
THE COMPUTER MERCHANT, LTD.

DATED: March ___, 2008.

SULLWOLD & HUGHES

By: _____
JAMES A. HUGHES
Attorneys for
PLAINTIFF SALESFORCE.COM, INC.